FILED USBC NDFL TLCTR
JUN 2 2025 PM3:42

## UNITED STATES BANKRUPTCY COURT
### Northern District of Florida – Tallahassee Division

CASE NO: 25-40091-KKS
Chapter: 7

In re:

KAFIL HAMIM QUAIYUM TUNSILL

DEBTOR

## NOTICE OF FIDUCIARY INTEREST OVER BANKRUPTCY ESTATE

Pursuant to 11 U.S.C. § 541, this notice is to formally acknowledge and assert my **prior and superior claim of fiduciary interest over the legal estate** created by the voluntary Chapter 7 petition filed under the name:

**Debtor: KAFIL HAMIM QUAIYUM TUNSILL**
**Case No.: 25-40091-KKS**

As a living man and executor of the private irrevocable trust that governs my affairs, I lawfully and rightfully obtained the **Employer Identification Number (EIN)** for the bankruptcy estate on 03-26-2025, thereby establishing administrative control and fiduciary priority.

I reject any presumption of abandonment or mismanagement of said estate. I have executed a proper UCC-1 Financing Statement, recorded my Private Security Agreement, and am acting under the superior equity jurisdiction established in canon law, trust law, and Holy Qur'anic stewardship over one's trust (Qur'an 4:58).

Therefore, let it be known:

- I, Kafil Hamim Quaiyum Tunsill, am the **lawful fiduciary, administrator, and executor** of the estate in question.

1

- Any administration over said estate **without my express, written consent** constitutes a breach of fiduciary duty and unlawful interference.

- Further, I retain all equitable interest in the estate assets and any disbursement without acknowledgment of my fiduciary claim will invoke **civil and equity claims** under applicable law.

This Notice is hereby delivered in good faith and shall stand as official public record.

**By Divine Right and Equitable Authority,**

Kafil Hamim Quaiyum Tunsill, Living Man
Secured Party Creditor / Fiduciary
c/o 2745 Miccosukee Road
Tallahasee, Florida Republic [32308]

**Dated: 06/02/20245**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the forgoing has been delivered via First Class mail to:

Theresa M. Bender – Trustee
P.O. Box 14557
Tallahassee, FL 32317
850-205-7777

Kafil Hamim Quaiyum Tunsill, Fiduciary/ Trustee over TUNSILL ESTATE

2

# Exhibit A

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI   OH    45999-0023

Date of this notice:   03-26-2025

Employer Identification Number:
33-6923293

Form:   SS-4

Number of this notice:   CP 575 B

KAFIL H TUNSILL BANKRUPTCY ESTATE
25-40091-KKS
% KAFIL TUNSILL TTEE
2745 MICCOSUKEE RD
TALLAHASSEE, FL   32308

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 33-6923293. This EIN will identify your estate or trust. If you are not the applicant, please contact the individual who is handling the estate or trust for you. Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information. If you did not apply for this EIN, please contact us at the phone number or address listed on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the following forms by the dates shown.

Form 1041                    04/15/2026

If you have questions about the forms or the due dates shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods.*

We assigned you a tax classification (corporation, partnership, estate, trust, EPMF, etc.) based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election.* See Form 8832 and its instructions for additional information.

| Form **56** (Rev. November 2022) Department of the Treasury Internal Revenue Service | **Notice Concerning Fiduciary Relationship** (Internal Revenue Code Sections 6036 and 6903) Go to *www.irs.gov/Form56* for instructions and the latest information. | OMB No. 1545-0013 |
|---|---|---|

### Part I — Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| Estate of KAFIL HAMIM QUAIYUM TUNSILL | 33-6923293 | |

Address of person for whom you are acting (number, street, and room or suite no.)

2745 MICCOSUKKE RD

City or town, state, and ZIP code (If a foreign address, see instructions.)

TALLAHASSEE, FL 32308

Fiduciary's name

Kafil Hamim Quaiyum Tunsill

Address of fiduciary (number, street, and room or suite no.)

c/o 2745 Miccosukee Road

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| Tallahassee, Florida [32308] | ( 904 ) 576-8981 |

### Section A. Authority

1 Authority for fiduciary relationship. Check applicable box:

a ☐ Court appointment of testate estate (valid will exists)

b ☐ Court appointment of intestate estate (no valid will exists)

c ☐ Court appointment as guardian or conservator

d ☐ Fiduciary of intestate estate

e ☐ Valid trust instrument and amendments

f ☑ Bankruptcy or assignment for the benefit of creditors

g ☐ Other. Describe:

2a If box 1a, 1b, or 1d is checked, enter the date of death:

b If box 1c, 1e, 1f, or 1g is checked, enter the date of appointment, taking office, or assignment or transfer of assets: 03-26-2025

### Section B. Nature of Liability and Tax Notices

3 Type of taxes (check all that apply): ☑ Income ☐ Gift ☐ Estate ☐ Generation-skipping transfer ☐ Employment ☐ Excise ☑ Other (describe): Bankruptcy Estate Administration

4 Federal tax form number (check all that apply): a ☐ 706 series b ☐ 709 c ☐ 940 d ☐ 941, 943, 944 e ☑ 1040 or 1040-SR f ☑ 1041 g ☐ 1120 h ☑ Other (list): Bankruptcy Filing

5 · If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . . ☐ and list the specific years or periods within your authority:

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.       Cat. No. 16375I       Form **56** (Rev. 11-2022)

Form 56 (Rev. 11-2022)                                                                                    Page **2**

| **Part II** | **Revocation or Termination of Notice** |

### Section A—Total Revocation or Termination

6   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . ☐

Reason for termination of fiduciary relationship. Check applicable box:

a   ☐ Court order revoking fiduciary authority

b   ☐ Certificate of dissolution or termination of a business entity

c   ☐ Other. Describe:

### Section B—Partial Revocation

7a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . ☐

b   Specify to whom granted, date, and address, including ZIP code.

### Section C—Substitute Fiduciary

8   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . . . . ☐

| **Part III** | **Court and Administrative Proceedings** |

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | | | | Date proceeding initiated |
|---|---|---|---|---|
| U.S. Bankruptcy Court, Northern District of Florida | | | | 02-25-2025 |
| Address of court | | | | Docket number of proceeding |
| 110 East Park Avenue, Suite 100 | | | | 25-40091-KKS |
| City or town, state, and ZIP code | Date | Time | ☐ a.m. | Place of other proceedings |
| Tallahassee, FL 32301 | | | ☐ p.m. | |

| **Part IV** | **Signature** |

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Please Sign Here

*Kafil Hamein Quaijum Tunsill*     Trustee + Fiduciary of the TUNSILL ESTATE - ALL RIGHTS RESERVED UCC 1-308     05/30/2025

Fiduciary's signature           Title, if applicable           Date

Form **56** (Rev. 11-2022)

June 02, 2025

Theresa M. Bender
Chapter 7 Trustee
P.O. Box 14557
Tallahassee, FL 32317

**RE: Lawful Claim of Fiduciary Priority Over Bankruptcy Estate – Case # 25-40091-KKS**

Dear Ms. Bender,

As-Salaamu Alaikum wa Rahmatullah. I write to formally notify you that I, Kafil Hamim Quaiyum Tunsill, have obtained the EIN for the bankruptcy estate associated with Case #25-40091-KKS prior to your appointment and without waiver of any rights.

Pursuant to the authority vested in me as the original issuer and secured party of the estate corpus, I hereby assert my fiduciary position over the estate under 11 U.S.C. § 541 and equity doctrine.

Please cease any attempts to administer the estate or liquidate assets without my express, written delegation. I am in the process of filing IRS Form 56 to notify the United States Government of my fiduciary role.

Failure to honor this claim will result in appropriate administrative filings and possible civil action to protect my lawful position.

Respectfully,

*Kafil : Tunsill ✗cc 1-308*

**Kafil Hamim Quaiyum Tunsill**
Authorized Fiduciary
904-576-8981
Servinghumanity89@gmail.com