IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF FLORIDA – TALLAHASSEE DIVISION

Case No.: 25-40091-KKS

Chapter 7

FILED USBC NDFL TLCTR
JUN 9 2025 PM 2:01

In re:
Kafil Hamim Quaiyum Tunsill,
Debtor in Equity/Fiduciary Trustee

**NOTICE AND RESPONSE TO FAILURE TO APPEAR AT JUNE 3, 2025 MEETING OF CREDITORS**

Comes now, Kafil Hamim Quaiyum Tunsill, Trustee for the TUNSILL REVOCABLE LIVING TRUST, and provides this Notice of Excusable Non-Appearance and Response to the docket entry noting failure to appear and failure to provide tax returns, and respectfully states:

**1. Good Cause for Missed Appearance**

Debtor, acting in fiduciary and equitable capacity, respectfully informs the Court and Trustee that due to an unexpected family emergency on the morning of June 3, 2025, he was unable to appear at the rescheduled § 341 Meeting of Creditors.

This absence was unintentional and not reflective of a pattern of evasion. Debtor has previously:

- Appeared at two prior § 341 meetings,
- Made good faith efforts to upload required documents, and
- Submitted supplemental affidavits and trust instruments to support fiduciary standing.

**2. Status Clarification: Tax-Exempt Foreign National**

Debtor has uploaded:

- A Revocation of Election to Pay U.S. Income Taxes, and
- Will now file an Affidavit of Tax-Exempt Foreign Status as exhibit A, clarifying that:
    - Debtor is not a "U.S. citizen" within the meaning of 26 CFR § 1.1-1(c);
    - Debtor is not subject to the liabilities imposed by the 14th Amendment's construct of federal citizenship;
    - Debtor is an "alien" with respect to the corporate United States, operating in a non-taxable fiduciary capacity under a private trust.

1

### 3. Request for Reset or Accommodation

In light of the above:

- Debtor respectfully requests the rescheduling of the § 341 meeting, or
- A determination that no further appearance is necessary if Trustee deems the record complete based on all previous appearances, affidavits, and filings.

### 4. Secured Party with similar status acknowledged

*In Re: MYRIAM AUGUSTIN Case No: 24-16031* in the <u>United States Bankruptcy Court,</u>

<u>Southern District of Florida, Fort Lauderdale Division</u> the court acknowledge the secured party

status of the living woman Myriam: Augustin. She too had a Tax-Exempt Foreign Status that

was acknowledge by the Trustee and Court and was no forced to file any tax forms. Her case

resulted in a lawful discharge. See Exhibit B

Debtor's intent remains to cooperate in good faith, assert constitutional and fiduciary rights

under equity, and fully settle all matters lawfully and honorably.

Respectfully submitted,

this __9ᵗʰ__ day of __June__ , 2025.


By: _____
Kařl: Tunsill, Trustee UCC 1-308
2745 Miccosukee Road
Tallahassee, Florida [32308]
904-576-8981

2

## Exhibit A

**AFFIDAVIT OF TAX-EXEMPT FOREIGN STATUS**

For the purposes of this Affidavit, the terms "United States" and "U.S." *mean only the Federal Legislative Democracy of the District of Columbia*, Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, and any other Territory within the "United States," which entity has its origin and jurisdiction from Article I, Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the Constitution for the United States of America. *The terms "United States" and "U.S." are NOT to be construed to mean or include the sovereign, united 50 states of America.*

KNOW ALL MEN BY THESE PRESENT, that I, **Kafil- Hamim Quaiyum :Tunsill** Propria Persona, proceeding sui juris, man upon the land, a follower of the Almighty Supreme Creator, first and foremost and the laws of man when they are not in conflict (Leviticus 18:3, 4) Pursuant to Matthew 5:33 – 37 and James 5:12, let my yea be yea and my nay be nay, as supported by Federal Public Law 97-280, 96 Stat.1211, depose and says:

1. Neither born nor naturalized in the "United States" nor "subject to its jurisdiction," I am NOT and never have been, as described in 26 CFR 1.1-1(c) and the 14th Amendment, a "U.S. citizen." Therefore I AM an "alien" with respect to the "United States."

2. I am NOT and never have been, as described in 26 USC 865(g) (1) (A), a "resident of the U.S."

3. I have NEVER made, with ANY "knowingly intelligent acts" (Brady v. U.S., 397 U.S. 742, 748), ANY voluntary election under 26 USC 6013 or 26 CFR 1.871-4 to be treated as a "U.S. resident alien" for any purpose. Further, I have utterly NO intention of making such election in the future.

4. I AM, as described in 26 USC 865(g) (1) (B), a "nonresident alien" of the "United States."

5. I am NOT and never have been, as described in 26 USC 7701(a) (30), a "U.S. person."

6. I am NOT and never have been, as described in 26 USC 7701(a)(14), a "taxpayer."

7. I do NOT have and never had, as described in 26 USC 911(d)(3), a "tax home within the U.S."

8. I AM therefore, as described in 26 CFR 1.871-2 and 26 USC 7701(b), a "nonresident alien" with respect to the "United States" and am outside the general venue and jurisdiction of the "U.S."

9. I am NOT and never have been, as described in 26 USC 3401, an "officer," or an "employee," or an "elected official" (of the "United States," or of a "State" or of any political subdivision thereof, nor of the District of Columbia, nor of a "domestic" corporation) earning "wages" from an "employer."

10. I am NOT and never have been, as described in 31 USC 3713, a "fiduciary," or, as described in 26 USC 6901, a "transferee" or a "transferee of a transferee."

11. I am NOT and never have been, as described in 26 USC Subtitle B, a "donor" or a "contributor," and as a "nonresident alien" excluded under 26 USC 2501(a)(2), I am EXEMPT from any gift tax under 26 USC Subtitle B.

12. As a "nonresident alien" NOT engaged in or effectively connected with any "trade or business within the United States" I am NOT REQUIRED by law to obtain a "U.S." Taxpayer Identification Number or a Social Security Number because of my exemption under 26 CFR 301.6109-1(g). Further, I am NOT REQUIRED by law to make, as described in 26 CFR 1.6015(a)-1, a "declaration" because I am exempt under 26 CFR 1.6015(i)-1 and fundamental law.

13. As a "nonresident alien," I have NO "self-employment income," as described in 26 CFR 1.1402(9b)-3(d).

14. As a "nonresident alien," I derived NO "gross income... from sources within the United States," -- either "effectively connected" or "not effectively connected with the conduct of a trade or business in the United States," as described in 26 USC 872(a).

15. As a "nonresident alien," my private-sector remuneration is "from sources without the United States" as described in 26 CFR 1.1441-3(a), does NOT constitute 26 USC 3401 "wages," and is therefore NOT "subject to" mandatory withholding under 26 USC 3402(a), 3101(a), or 26 CFR 1.1441-1, because of its EXEMPTION under 26 USC 3401(a)(6) and fundamental law.

16. As a "nonresident alien," I did NEVER intentionally make, with ANY "knowingly intelligent acts," ANY voluntary withholding "agreement" as described in 26 USC 3402(p).

17. As a "nonresident alien," my income is NOT included in "gross income" under Subtitle A and is EXEMPT from withholding according to 26 CFR 1.441-3(a) and 26 CFR 31.3401(a)(6)-1(b).

18. As a "nonresident alien," with NO income "from sources within the United States," my private-sector, non-"U.S." income is FREE from all federal tax under fundamental law (see Treasury Decisions 3146 and 3640, and United States v. Morris, 125 F.Rept. 322, 331).

19. As a "nonresident alien," my estate and/or trust is, as described in 26 USC 7701(a)(31), a TAX-EXEMPT "foreign estate or trust.

20. As a "natural born Citizen" (see 11:1:5 of the Constitution), free Sovereign, American Citizen and "nonresident alien" with respect to the federal "United State," I did NEVER voluntarily, intentionally waive, with ANY "knowingly intelligent acts" ANY of my unalienable rights, and have utterly NO intention of doing so in the future. Any prima facie evidence or presumption to the contrary is hereby rebutted. Any past signatures on DEPARTMENT OF THE UNITED STATES TREASURY, INTERNAL REVENUE SERVICE (IRS) and SOCIAL SECURITY ADMINISTRATION (SSA) forms, statements, etc., were in error and involuntarily made under threat, duress, and coercion. I hereby revoke, cancel and render void, Nunc Pro Tunc, both currently and retroactively to the time of signing, any and all such signatures. I reserve my Common Law right NOT to be compelled to perform under any agreement that I have not entered into knowingly, voluntarily, and intentionally. I **DO NOT** accept the liability of the "compelled benefit" of any unrevealed adhesion contract, commercial security agreements, or bankruptcy.

21. I am NOT a 26 USC 7203 "person required." I am a "non taxpayer" outside both general and tangential venue and jurisdiction of Title 26, United States Code.

I am not an expert in the law however I do know right from wrong. If there is any human being damaged by any statements herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I,

AFFIDAVIT OF TAX-EXEMPT-79, Kafil-Hamim Quaiyum :Tunsill, Secured Party

2 of 3

hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise me in WRITTEN AFFIDAVIT FORM within fifteen (30) days from receipt hereof proving me with your counter affidavit, proving with particularity by stating all requisite actual law, that this Affidavit Statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. Reserving ALL Natural God – Given Unalienable Birthrights, Waiving None Ever under

28 USC §1746 rights and without prejudice to ANY of those rights (U.C.C. 1-207).

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct Pursuant 28 USC § 1746 and executed "without the United States"

**FURTHER THIS AFFIANT SAITH NOT.**

Subscribed, sealed, and affirmed to this day, _1st_, month, _August_, and year of _2024_ I hereby affix my own signature and seal to all of the above affirmations with explicit reservation of ALL my unalienable rights and without prejudice to ANY of those rights Pursuant to U.C.C § 1-103, 1-105, 1-207,1-308,3-419.

By: _[signature]_
Secured Party / Executor / Administrator / Trustee
All Rights Reserved

Let this document stand as truth before the Almighty Supreme Creator and let it be established before men according as the scriptures saith:

*Al-Quran, Al-Mujadilah – The Pleading Ayat 7 " Do you not realize that God knows all that is in the heavens and all that is on earth. There is no secret meeting of three but He is their fourth, nor of five but He is their sixth nor of less than that or more but He is with them wherever they may be. And ultimately, on the Day of Resurrection, He will make them understand what they really accomplished. God is knower of all things and events."*

*"But if they will not listen, take one or two others along, so that every matter may be established by the testimony of two or three witnesses." Matthew 18:16. "In the mouth of two or three witnesses, shall every word be established" 2 Corinthians 13:1.*

By: _[signature]_
Secured Party / Executor / Administrator / Trustee
(FIRST WITNESS)

By: _[signature]_
Secured Party / Executor / Administrator / Trustee
(SECOND WITNESS)

AFFIDAVIT OF TAX-EXEMPT-79, Kafil-Hamim Quaiyum :Tunsill, Secured Party
3 of 3

**Exhibit B**

4

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDAE DIVISION

CASE NO: 24-16031-PDR

CH. 7

IN RE:

MYRIAM AUGUSTIN:

FILED-USBC, FLS-F1
'24 JUL 11 AM10:58

Debtor

---

## NOTICE TO COURT

### AFFIDAIVT &

### INSTRUCTION TO TRUSTEE

COMES NOW, Myriam Augustin (natural person) making a special appearance before the court without prejudice and without waiving any rights, remedies or defenses, statutory or procedural, representing MYRIAM AUGUSTIN as the Donor, Grantor, Settlor in pursuant to 28 U.S.C. Sec. 1654 and Haines v. Kerner 92 S. Ct, Power 914 F2d 1459 (11th Cir 1990) Hereby says:

I, Myriam Augustin herein 'Affiant', a living, breathing woman, being first duly sworn, depose, say, and declare by my signature that the following facts are true, correct, and complete to the best of my knowledge and belief.

1. THAT Affiant is competent to state the matters included in her declaration, has knowledge of the facts, and declared that to the best of her knowledge, the statements made in this affidavit are true, correct, and not meant to mislead;

2. THAT Affiant is the secured party, superior claimant, holder in due course, and the principal creditor having a registered priority lien hold interest to all property held in the name of the debtor, MYRIAM AUGUSTIN, evidenced by UCC-1 Financing Statement # 202403278159437 filed with the U.C.C Department of State;

3. THAT Pursuant to the provisions of [Indemnity Bond Agreement or relevant legal documentation], a valid and enforceable private indemnity bond has been provided to the trustee to settle any outstanding debts upon validation held against debtor, MYRIAM AUGUSTIN in this bankruptcy proceeding.

4. THAT In pursuant to Bankruptcy Code Manual Section 722 Redemption allows the debtor to make a lump sum payment to redeem tangible property. I request the trustee to consider the private indemnity bond as a means of discharging the validated debts in accordance with the terms and conditions stipulated in the said bond.

5. THAT HJR-192 has declared, "every provision… which purports to give oblige a right to require payment in gold or a particular kind of coin or currency… is declared to be against Public Policy; and no such provision shall be made with respect to any obligation hereafter incurred. Every obligation, heretofore or hereafter incurred, whether or not any such provision is contained therein or made with respect thereto, shall be discharged upon payment, dollar for dollar, in any such coin or currency which at the time of payment is legal tender for public and private debts."

6. THAT Affiant affirm that the private indemnity bond presented is legitimate and meets all legal requirements for the discharge of all debts, public and private after such "debt" has been validated;

7. THAT Affiant request the trustee to take all necessary actions to effectuate the discharge of debts upon proof of validation using the private indemnity bond as instructed in this affidavit.

*By: Myriam: Augustin*
Myriam Augustin UCC 1-308 All Rights Reserved

Respectfully Submitted,
Myriam Augustin UCC 1-308
c/o 11740 Hermitage Drive
Plantation, Florida [33325]
754-264-5133

State of Florida

County of Broward

Sworn To and Subscribed Before Me *Myrian Augustin*

This __8__ day of July 2024.

*Renata Anderson* *Renat Ad—*

**Notary Public In And For**

**The State of Florida**



RENATA F ANDERSON
Notary Public - State of Florida
Commission # HH 120692
My Comm. Expires Apr 22, 2025
Bonded through National Notary Assn.

Respectfully Submitted,

Myriam Augustin UCC 1-308

c/o 11740 Hermitage Drive

Plantation, Florida [33325]

754-264-5133

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy has been hand delivered this

this _8th_ day of July 2024 to:

Trustee:

Sonya Salkin Slott
PO BOX 15580
PLANTATION, FL 33318

By: *Myriam: Augustin*
_____
Myriam Augustin

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true copy of the forgoing has been delivered via First Class mail this 9th day of June 2025 to:

Theresa M. Bender – Trustee
P.O. Box 14557
Tallahassee, FL 32317
850-205-7777

_____

Kafil: Tunsill, Trustee

5